## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CHELSA HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:23-cv-01289-MTS |
| ) | |
| IRBY CONSTRUCTION COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Federal Rule of Civil Procedure 11(a) provides that every pleading, written motion, and other paper "must be signed by at least one attorney of record in the attorney's name." It further provides that the court "*must* strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a) (emphasis added). Here, Defendant's Motion to Transfer Venue, Doc. [10], along with the Memorandum in Support, Doc. [11], are not signed by an attorney of record. Rather, they are signed by James Zych. Not only has Mr. Zych not entered his appearance in this matter, but he also is not currently a member of the Bar of this Court. Despite the Clerk of Court's efforts to contact both Mr. Zych and Defendant's attorney of record, Mandy Kamykowski, the error has not been corrected. Pursuant to Rule 11(a), the Court must strike these filings.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **STRIKE** from the Record Defendant's Motion to Transfer Venue, Doc. [10], and the Memorandum in Support, Doc. [11].

Dated this 20th day of November 2023.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE